IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 02-cv-01922-EWN-KMT

JEFFREY LARSON,

    Plaintiff,

v.

TOM MEEK and
LORI MC GOWEN,

    Defendants.

## **ORDER**

    This matter is before the court on the defendants' "Motion to Compel Plaintiff to Make Full Initial Disclosures and Respond to Defendants' First Interrogatories to Plaintiff Pursuant to Fed. R. Civ. P. 37" (Motion to Compel [Doc. No. 81, filed December 17, 2007]).

    The court has reviewed the Motion to Compel, as well as the response filed by the plaintiff [Doc. No. 85, filed January 7, 2008] and the reply filed by the defendants [Doc. No. 87, filed January 10, 2008] together with all attachments. The court finds that although the responses were not timely, the *pro se* plaintiff has made a good faith effort to comply with his discovery obligations. However, his compliance came only after the filing of the motion to compel, apprising the plaintiff that his responses were considerably overdue and/or insufficient.

It appears at this point there is no necessity in compelling the plaintiff to do what he has already done. The court finds that the motion to compel was substantially justified when it was filed and, under the circumstances of this case, an award of expenses to the plaintiff would be unjust.

The court ORDERS:

1. The Motion to Compel [Doc. No. 81] is hereby DENIED.

2. *Pro se* plaintiff is reminded that he is required to comply with the procedural rules contained in the Federal Rules of Civil Procedure and this court's Local Rules of Practice, including all time requirements set forth in those Rules for production of information and documents during the discovery process. Plaintiff must obtain <u>prior</u> court approval for extension of any required deadlines after conferring with opposing counsel on the matter pursuant to D.C.Colo.LCivR 7.1A.

Dated this 25th day of January, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
United States Magistrate Judge