IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 02-cv-01922-EWN-KMT

JEFFREY LARSON,

    Plaintiff,

v.

TOM MEEK, and
LORI MCGOWAN,

    Defendants.

---

### **MINUTE ORDER**
---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendants' Motion to Vacate and Reschedule Settlement Conference" (#97, filed February 7, 2007) is GRANTED. The Settlement Conference is rescheduled to **April 21, 2008 at 1:30 p.m.**

Dated: February 8, 2008